**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| PAUL JOHNSON, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil No. ___4:23-CV-139-GNS___ |
| | ) | |
| SWEDISH MATCH LEAF TOBACCO | ) | |
| CO., | ) | Removed from Daviess Circuit Court |
| | ) | (Case No. 23-CI-01124) |
| and | ) | |
| | ) | Filed Electronically |
| ATALIAN GLOBAL SERVICES, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAIGE MOORE, | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Swedish Match Leaf Tobacco Company ("Swedish Match") and Paige Moore ("Moore"), by and through undersigned counsel, remove this action from the Daviess Circuit Court in Owensboro, Kentucky to the United States District Court for the Western District of Kentucky. Removal is appropriate based on federal question jurisdiction because Plaintiff purports to assert claims under the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq*. ("FMLA"). In support of this Notice, Defendants state the following:

1. On November 30, 2023, Plaintiff filed a Complaint against Defendants in the Daviess Circuit Court, captioned *Paul Johnson v. Swedish Match Leaf Tobacco Co., Atalian Global Services, and Paige Moore,* 23-CI-01124.

2.    On November 30, 2023, the Daviess Circuit Court issued the Summons for Defendants.  A copy of the Complaint, along with copies of all process, pleadings, and orders served upon Swedish Match and Moore and each paper docketed in the Daviess Circuit Court, are attached as **Exhibit A**.

3.    On December 5, 2023, Swedish Match was served with the Summons and Complaint.  On December 9, 2023, Moore was served with the Summons and Complaint.

4.    This action has not previously been removed to federal court.

5.    Removal of this action occurs within thirty (30) days of the service of the Summons and Complaint on Swedish Match and Moore.  Thus, the removal of this action to this Court is timely under 28 U.S.C. § 1446(b).

6.    The United States District Court for the Western District of Kentucky is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed.  *See* 28 U.S.C.A. § 97.

7.    In accordance with 28 U.S.C. § 1446(d), Swedish Match and Moore will give prompt written notice of this Notice of Removal to all parties and to the clerk of the Daviess Circuit Court.  A copy of the Notice of Filing of Notice of Removal to the Daviess Circuit Court is attached hereto as **Exhibit B**.

8.    Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9.    Plaintiff's Complaint alleges violations of the FMLA.  *See* Exhibit A., Cmpl. Accordingly, the Complaint presents a federal question within the meaning of 28 U.S.C. § 1331

because it involves claims and/or issues arising in whole or in part under the Constitution, laws, or treaties of the United States.  Therefore, this Court has original jurisdiction over this case.

10.     Plaintiff's Complaint also alleges state law claims for violations of the Kentucky Civil Rights Act, *see* Exhibit A., Cmpl, that are within this Court's supplemental jurisdiction under 28 U.S.C. §§ 1367, 1441(c).  Removal of Plaintiff's entire action to this Court is proper because each of Plaintiff's counts arises from "a common nucleus of operative facts."  *Mich. Bell Tel. Co. v. MCIMetro Access Transmission Servs., Inc.*, 323 F.3d 348, 355 (6th Cir. 2003) (*citing United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966)); *see also* 28 U.S.C. § 1367.  In addition, removal is proper because, if considered without regard to their federal or state character, each of the four counts "are such that a plaintiff would expect to try them in one judicial proceeding." *Mich. Bell Tel. Co.*, 323 F.3d at 355.

11.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

12.     Atalian Global Services consents to the removal of this action.[1]  Therefore, removal is proper under 18 U.S.C. § 1446(b)(2), as all defendants who have been properly joined and served have joined in or consented to the removal of this action.

13.     In filing this Notice of Removal, Swedish Match and Moore do not waive any defenses, either procedural or substantive, and specifically reserve all defenses, exceptions, rights, and motions.  No statement or omission in this Notice shall be deemed an admission of any allegations of or damages sought in the Complaint.

WHEREFORE, Swedish Match and Moore respectfully request this action now pending in the Daviess Circuit Court be removed to the United State District Court for the Western District

---

[1] Counsel for Swedish Match and Moore do not know, and make no representations regarding, whether Atalian Global Services has been served at this time or whether such service, if any, was proper.

of Kentucky and that this Court assume exclusive jurisdiction of this action and enter such orders

as may be necessary to accomplish the requested removal and promote the ends of justice.

Respectfully submitted,

Dated:  December 26, 2023                    /s/ J. Brian Jackson
                                             J. Brian Jackson
                                             Kentucky Bar No. 94146
                                             **McGuireWoods LLP**
                                             323 Second St. SE
                                             Suite 700
                                             Charlottesville, VA 22902
                                             Telephone: (434) 977-2500
                                             Fax: (434) 980-2253
                                             bjackson@mcguirewoods.com

                                             *Counsel for Swedish Match Leaf Tobacco Company*
                                             *and Paige Moore*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal was

caused to be served on December 26, 2023, via Federal Express, upon:


Robyn Smith
Preston J. Spicer
Law Office of Robyn Smith
4350 Brownsboro Road
Suite 110
Louisville, Kentucky 40207
firm@robynsmithlaw.com
preston@robynsmithlaw.com
502-893-4569

*Counsel for Plaintiff*


Alina Klimkina
Trent A. Taylor
Dinsmore & Shohl LLP
PNC Tower
101 S. Fifth Street,
Suite 2500
Louisville, KY 40202
alina.klimkina@dinsmore.com
trent.taylor@dinsmore.com
Phone: (502) 540-2300
Fax: (502) 585-2207

*Counsel for Defendant Atalian Global Services*


/s/ J. Brian Jackson
J. Brian Jackson